In the United States district court for the Southern district of Indiana

Joseph C. Jackson Sr, on his own behalf )
and Those similarly Situated )
)
Plaintiffs )        Class Action
)
VS )        Case No:  1:25-cv-02387-TWP-MG
Hendricks County Jail at el, )
Josh Watts, Commander of Hendricks )
County Jail in Both official and )
Individual capacity )

### I. Jurisdiction & venue

This is a civil action authorized by 42. U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the U.S. constitution. The court has Jurisdiction under 28 U.S.C Section 1331 and 1343 (a) (3).

plaintiff, Joseph C Jackson on his own behalf and those similarly situated, seeks declaratory relief pursuant to 28 U.S.C. 2201 and 2202.

The Southern district of Indiana is the appropriate venue under 28 U.S.C Section 1391 (B)(2) Because it is where the events giving rise to the claims arose. Furthermore, This complaint holds "Class Action Allegations"

### II. plaintiffs

plaintiff Joseph C Jackson, on his own behalf and those similarly situated, is and was at all times mentioned herein a prisoner of the Hendricks county Jail, He is currently in confinement at Hendricks county Jail an Indiana department of corrections Holding Facility, In Hendricks county.

### III. Defendants

Defendant Josh watts is the commander at Hendricks county Jail. He is legally and fully responsible for the daily operations and for the welfare of all Inmates at Hendricks county Jail. Each defendant is sued Individually and In their official capacity. At All times mentioned in this complaint each defendant acted under the color of law.

## IV. FACTS

On October 27, 2025 the plaintiff was attempting to speak with Deputies regarding A prEA complaint with lack of clothing during laundry and Inadequate Nutritional meals. plaintiff continually requested clothing and food, However the defendants refused to assist which resulted in the plaintiff's constitutional rights Being violated and him Being at risk for sexual assault due to Being In the Nude unnecessarily.

## V. Denial of Shelter

While washing clothes and requesting secondary clothing, the defendants refused to assist the plaintiff In addition to providing Inadequate Nutritional meals and failed to seek Intervention and care.

## VI. Exhaustion of Administrative Remedies.

The plaintiff has exhausted his Administrative remedies with respect to all claims and all defendants. copies of such are attached to this complaint.

## VII. Claims for relief

The actions of the defendants, watts and Hendricks county Jail is denying the plaintiff to shelter and failing to offer clothing and adequate Nutritional meals were done sadistically and maliciously and constituted cruel and unusual punishment in violation of the eighth Amendment of the U.S. constitution.

## VIII. Relief requested.

Wherefore all the above stated reasons, plaintiff requests that the court grant the following relief: A. Issue a declaratory Judgment stating that:

1. The actions of the defendants Josh watts and Hendricks county Jail, violated the plaintiff's rights under the eighth Amendment of the United States Constitution.

B. Award compensatory damages in the following amounts:

1. $100,000,000.00 Jointly and severally Against defendants watts and Hendricks county Jail, for the denial of shelter and care that resulted in the plaintiff's prea complaint and malnutrition

C. Award punitive damages in the following amounts:

1. $100,000,000.00 each against defendants watts and Hendricks county Jail.

D. Grant such other relief as it may appear plaintiff is entitled.

2025

Respectfully Submitted,

Joseph C. Jackson

189 E. Campus Blvd

Denville, IN 46122


Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except to matters alleged on information and Belief, and, as to those, I Believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Denville, Indiana on                              2025


Joseph C. Jackson

189 E. campus Blvd

Denville, IN 46122

I. The parties to this complaint
A. The plaintiffs
2. Name   ELIJAH DAVID LEWIS
ID Number - 32956
Current Institution Address: 189 E. Campus Blvd Danville, IN 46122

3. Name  Dustin Lalen
ID number 170858
Current Institution Address  189 E. Campus Blvd  Danville, IN 46122

4. Name  DALLAS JOE BROWN
ID Number 161107
Current Institution Address 189 E Campus Blvd Danville, IN 46122

5. name Brent Daniels
ID Number INJ32-25-1624
Current Institution Address 189 E Campus Blvd Danville, IN 46122

6. Name: Jeremy Lee Jordan
ID Number: 32251884
Current Institution Address: 189 E Campus Blvd Danville IN 46122

7. Name Charles Smith
ID Number 176330
Current Institution Address 189 E. Campus Blvd Danville, IN 46122

8. Name DeKovan Smith
ID Number 176594
Current Institution Address: 189 E. Campus Blvd Danville, IN 46122

9. Name John B. LYNCH
ID Number 173006
Current Institution Address: 189 E Campus Blvd Danville, IN 46122

10. Name Ethan J Sims
ID Number 171285
Current Institution Address 189 E CAMPUS BLVD. DANVILLE, IN 46122

11. Name Kevin Wright
ID Number 155483
Current Institution Address 189 E. Campus Blvd Denville, IN 46122

12. Name Craig Wilber
ID Number 163689
Current Institution Address 189 E CAMPUS BLVD. DANVILLE, IN 46122

13. Name Jonah Gill
ID Number 160073
Current Institution Address 189 E CAMPUS BLVD. DANVILLE IN 46122

14. NAME RYAN WRIGHTSMAN
ID NUMBER 100116
CURRENT INSTITUTION ADDRESS 189 E CAMPUS BLVD. DANVILLE, IN 46122

15. Name Michael Craft II
ID Number 32251968
Current Institution ADDRESS 189 E campus BLVD Danville, IN 46122

16. Name Jeremy Earl
ID Number 141793
Current Institution Address 189 E. campus BLVD. Danville IN. 46122

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

Indianap(ol) Division

<table>
<tr><td rowspan="14">

See attached
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

See attached
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

</td><td>)</td><td rowspan="14">

Case No. _____

*(to be filled in by the Clerk's Office)*

</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# I.    The Parties to This Complaint

## A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    *See Attached*

All other names by which
you have been known:    *Joseph C. Jackson Jr*

ID Number

Current Institution    *184 E. ccapus Hendricks county Jail*

Address    *189 E. compus Blvd*
*Denville            IN            46122*
    *City            State            Zip Code*

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    *Hendricks county Jail*

Job or Title *(if known)*

Shield Number

Employer

Address    *189 E. compus Blvd*
*Denville            IN            46122*
    *City            State            Zip Code*

    ☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    *JosH WATTS*

Job or Title *(if known)*    *Jail commander*

Shield Number

Employer

Address    *189 E. Campus Blvd*
*Denville            IN            46122*
    *City            State            Zip Code*

    ☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name      F. Laloux

Job or Title *(if known)*      Deputy

Shield Number

Employer

Address      Hendricks county Jail   189 E. campus Blvd

     Danville     IN     46122
     *City*         *State*      *Zip Code*

☒ Individual capacity     ☐ Official capacity

Defendant No. 4

Name      Aramark

Job or Title *(if known)*

Shield Number

Employer

Address      Hendricks county Jail   189 E. campus Blvd

     Danville     IN     46122
     *City*         *State*      *Zip Code*

☒ Individual capacity     ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     Eighth Amendment, cruel and unusual punishment, and due process violations.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N | A

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N | A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Hendricks County Jail, october 27, 2025

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

October 27, 2025

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiffs were attempting to speak with deputies regarding a pre A complaint with lack of clothing during laundry and Inadequate Nutritional meals.

Deputy F. laloux responded to the grievance stating that it is Facility policy To only receive one pair of oranges forcing Inmates to be unnecessarily Nude during laundry and Josh WATTS oversees the Jail and is legally responsible for all Inmates and operations of the facility.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Denial of shelter and violation of constitutional rights and Being at risk of sexual assault due to Being In the Nude unnecessarily and Hunger pains

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Wherefore All the above stated reasons plaintiff requests that the court grant the following 1. Issue a declaratory Judgment stating that The actions of the defendants violated the plaintiffs rights under the eighth Amendment of the United states constitution, Award compensatory damages in the following amounts. $100,000,000.00 Jointly and severally against all defendants and Award punitive damages In the following amounts. $100,000,000.00 each Against all defendants and grant such other relief as it may appear the plaintiff Is entitled.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

⊠ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hendricks county Jail

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

    Hendricks county Jail.

2.  What did you claim in your grievance?

    The Jail is failing to provide Adequate shelter In regards to clothing and Food.

3.  What was the result, if any?

    See attached

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

    The Inmate HandBook states that we may not grieve the food served or grieve an Incident more then once without new evidence

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

<u>                          N|A                          </u>

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

<u>                          N|A                          </u>

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)_

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Joseph L. Section

Defendant(s)    Hendricks County Jail

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Southern district

3.    Docket or index number

1:25-cv-0014-TWP-TAB

4.    Name of Judge assigned to your case

Tim A. Baker

5.    Approximate date of filing lawsuit

5/23/25

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  10/28/25

Signature of Plaintiff

Printed Name of Plaintiff   Joseph C. Jackson

Prison Identification #   169928

Prison Address   189 E. Compus Blvd

Danville                         IN          46122

                    City              State       Zip Code

### B.   **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                    City              State       Zip Code

Telephone Number

E-mail Address

Joseph Jackson
169928
189. E. campus Blvd
Danville, IN
46122



U.S. District court for the southern district of Indiana

46 East Ohio Street

Indianapolis, IN

46204

FILED

NOV 13 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA